IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Hawthorne, Annette D | Case Number: 08 B 18155 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 03/10/09 | Filed: 7/15/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 15, 2009
Confirmed: October 9, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,119.29 | |
| Secured: | | 400.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,391.50 |
| Trustee Fee: | | 267.69 |
| Other Funds: | | 60.10 |
| Totals: | 4,119.29 | 4,119.29 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,391.50 | 3,391.50 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Regional Acceptance | Secured | 7,966.25 | 400.00 |
| 4. | Chase Home Finance | Secured | 3,929.75 | 0.00 |
| 5. | Internal Revenue Service | Priority | 1,382.71 | 0.00 |
| 6. | Sir Finance Corporation | Unsecured | 1,002.00 | 0.00 |
| 7. | AmeriCash Loans, LLC | Unsecured | 2,079.63 | 0.00 |
| 8. | Nuvell Credit Company LLC | Unsecured | 11,347.32 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 343.91 | 0.00 |
| 10. | Regional Acceptance | Unsecured | 6,946.20 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 599.69 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 661.17 | 0.00 |
| 13. | CitiFinancial Mortgage | Unsecured | | No Claim Filed |
| 14. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 15. | H & F Law Offices | Unsecured | | No Claim Filed |
| 16. | Collection Company Of America | Unsecured | | No Claim Filed |
| 17. | Allied Interstate | Unsecured | | No Claim Filed |
| | | | $ 39,650.13 | $ 3,791.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 13.90 |
| 6.6% | 253.79 |
| | $ 267.69 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hawthorne, Annette D

Printed: 03/10/09

Case Number: 08 B 18155
Judge: Wedoff, Eugene R
Filed: 7/15/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mack*